UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMEL DALLUGE,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SUSAN WICKS and PETER WICKS,<br><br>　　　　　　　　Defendants. | NO.  CV-11-053-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

Magistrate Judge Imbrogno filed a Report and Recommendation on April 21, 2011, recommending Mr. Dalluge's Motion to Voluntarily Dismiss (ECF No. 14) be granted and the Complaint be dismissed without prejudice.  The court noted Plaintiff is still obligated to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motion (ECF No. 14) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

**DATED** this    17th    day of May, 2011.

　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　━━━━━━━━━━━━━━━━
　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1